UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACQUELINE LAWRENCE, et al., | Case No. 2:16-CV-3039 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is defendant United States of America Department of Justice's motion to dismiss. (ECF No. 20).

After defendant filed its motion to dismiss (ECF No. 20), plaintiffs Araceli Saenz, Carolina Navarro, Keith Childress, Sr, Jacqueline Lawrence, and Amber Neubert filed an amended complaint (ECF No. 21), thereby mooting defendant's motion.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 20) be, and the same hereby is, DENIED as moot.

DATED August 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**