# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.C., et al., | Case No. 2:16-cv-03039-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Docket Nos. 28-29) |
| Defendant(s). | |

Pending before the Court is a joint motion to stay this case pending completion of administrative proceedings involving the federal Defendants. Docket Nos. 28-29.[1] Any response shall be filed by August 23, 2017.

IT IS SO ORDERED.

DATED: August 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] At this time, the federal Defendants remain litigants in this case, and they did not agree to the "stipulation." Accordingly, the Court treats the filing as a joint motion. *See* Local Rule 7-1(c).