# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JACQUELINE LAWRENCE, et al.,

    Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:16-cv-03039-JCM-NJK

ORDER

(Docket No. 28)

Pending before the Court is a joint motion to stay discovery. Docket No. 28. The Federal Defendants filed a response in opposition, and Plaintiffs filed a reply. Docket Nos. 31, 32. In conclusory fashion, the parties dispute whether Plaintiffs may proceed with their claims against the Federal Defendants through the filing of an amended complaint following exhaustion of administrative remedies. *See* Docket Nos. 31, 32. The Court declines to address that issue based on the undeveloped briefing submitted. Indeed, perhaps because it was improperly filed as a "stipulation," *see* Docket No. 30 at 1 n.1, the joint motion contains no legal authority or analysis of any kind, *see* Docket No. 28.

Accordingly, the Court **DENIES** without prejudice the joint motion (Docket No. 28) for failing to submit points and authorities. *See* Local Rule 7-2(d).[1]

IT IS SO ORDERED.

DATED: August 24, 2017

NANCY J. KOPPE
United States Magistrate Judge

---

[1] Any renewed motion and the briefing thereto must be complete in themselves, and cannot incorporate by reference arguments made elsewhere on the docket.