**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE LAWRENCE, et al., | Case No. 2:16-cv-03039-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Docket No. 34) |
| Defendant(s). | |

Pending before the Court is a joint motion to stay discovery pending Plaintiffs' exhaustion of their administrative remedies against the Federal Defendants and resolution of their anticipated motion for leave to file a second amended complaint. Docket No. 34. The Federal Defendants failed to file a proper response in opposing the motion. *See* Docket No. 35.[1] Courts have broad discretionary power to control discovery. *See, e.g., Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir.1988). In deciding whether to grant a stay of discovery, the Court is guided by the objectives of Rule 1 to ensure a just, speedy, and inexpensive determination of every action. *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011). In this case, the objectives of Rule 1 are best served by staying discovery until the

---

[1] The response fails to include citation to any legal authority, and can be construed as consent to the granting of the motion on that basis. *See* Local Rule 7-2(d). At any rate, the response fails to include any meaningfully developed argument articulating a basis on which the Court should deny the pending motion to stay discovery. *Cf. Kor Media Group, LLC v. Green*, 294 FR.D. 579, 582 n.3 (D. Nev. 2013) (courts do not address arguments that are not meaningfully developed).

Court can determine whether a proposed second amended complaint filed after exhaustion of administrative remedies provides a jurisdictional basis for the case to proceed against the Federal Defendants.[2] The Court will not enter an indefinite stay of discovery, however, and will instead stay discovery for a period of four months without prejudice to the filing of a request to extend the stay.

Accordingly, the motion to stay discovery is **GRANTED** as follows. Discovery shall be stayed until February 8, 2018. In the event Plaintiffs exhaust their administrative remedies and the Court resolves their motion for leave to file a second amended complaint before February 8, 2018, an amended discovery plan shall be filed within 14 days of the issuance of that order. Otherwise, either a request to extend the stay of discovery or an amended discovery plan shall be filed by February 8, 2018.

IT IS SO ORDERED.

DATED: October 11, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] The Court herein expresses no opinion on that anticipated motion.