UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JACQUELINE LAWRENCE, et al.,

Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendant(s).

Case No. 2:16-CV-3039 JCM (NJK)

ORDER

Presently before the court is the defendants United States Department of Justice's and the United States Marshals Service's motion to dismiss the first amended complaint's ninth and tenth claims for relief.  (ECF No. 24).

The plaintiffs jointly filed a notice of non-opposition, indicating to the court that "[p]laintiffs do not oppose Federal Defendants' Motion to Dismiss the First Amended Complaint's Ninth and Tenth Claims for Relief against Federal Defendants on the basis that Plaintiffs have yet to exhaust the administrative claims process under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 1402(b), 2401(b), 2402, 2671-2680 ('FTCA'). . . . Therefore, Plaintiffs hereby request that this Court dismiss Plaintiffs' Ninth and Tenth Claim[s] for relief against Federal Defendants *without prejudice.*"  (ECF No. 26).

Good cause appearing, this court will grant the motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED that the motion to dismiss the first amended complaint's ninth and tenth claims for relief (ECF No. 24) is GRANTED.

James C. Mahan
U.S. District Judge

IT IS FURTHER OREDERD that the first amended complaint's ninth and tenth claims for relief (ECF No. 21 at 26–30) are DISMISSED without prejudice.

DATED November 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge