# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JACQUELINE LAWRENCE, et al.,

        Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

        Defendant(s).

Case No. 2:16-cv-03039-JCM-NJK

ORDER

(Docket Nos. 38, 39, 40)

    Pending before the Court are the motions of Araceli Saenz, Carolina Navarro, and Amber Neubert to appear as guardian *ad litems* for Plaintiffs A.S, K.C., and K.C., respectively. Docket Nos. 38, 39, 40. The motions fail to include points and authorities in support of the relief sought,[1] or any meaningfully developed arguments. *Id.* Additionally, Docket No. 40 includes the full name of the minor child. Docket No. 40 at 2. Pursuant to Local Rule IC 6-1(2), only the initials of minor children should be used in documents filed with the Court.

//
//
//
//
//

---

[1] United States Magistrate Judge Peggy A. Leen recently outlined pertinent standards and legal authority. *See A.R.N.H. v. Colvin*, 2017 U.S. Dist. Lexis 37166, at *1-3 (D. Nev. Mar. 15, 2017).

Accordingly, all three motions are **DENIED** without prejudice. *See* Local Rule 7-2(d); *see also Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013). Any renewed motions to appear as guardian *ad litem* shall be filed by January 5, 2018.

IT IS SO ORDERED.

Dated: December 26, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE