# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE LAWRENCE, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>        Defendant(s). | Case No. 2:16-cv-03039-JCM-NJK<br><br>ORDER<br><br>(Docket Nos. 38-40) |

In violation of the Federal Rules of Civil Procedure and the Local Rules, counsel has filed on the public docket the birth dates of the minors in the filings at Docket Nos. 38-40. *Compare, e.g.*, Docket No. 38 at 2 *with* Fed. R. Civ. P. 5.2(a)(2) (redaction required for birth dates except as to the year of birth), Local Rule IC 6-1(a)(3) (same).[1] Accordingly, the petitions at Docket Nos. 38-40 are hereby **STRICKEN**. Counsel shall strictly comply with the redaction requirements in those rules moving forward.

IT IS SO ORDERED.

DATED: January 8, 2018

                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge

---

[1] The Court previously denied those petitions. Docket No. 41. The Court therein also noted one of the petitions included the full name of one of the minors, which provides further reason to strike that filing.