# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE LAWRENCE, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>        Defendant(s). | Case No. 2:16-cv-03039-JCM-NJK<br><br>ORDER<br><br>(Docket Nos. 42-44) |

Pending before the Court are petitions for appointment of guardian ad litem, Docket Nos. 42-44, which appear unnecessary in light of the subsequent motion for appointment of guardian ad litem. Docket No. 45.[1] Moreover, in violation of the Federal Rules of Civil Procedure and the Local Rules, counsel has filed on the public docket the birth dates of the minors in each petition. *Compare, e.g.*, Docket No. 42 at 2 *with* Fed. R. Civ. P. 5.2(a)(2) (redaction required for birth dates except as to the year of birth), Local Rule IC 6-1(a)(3) (same).

//

//

//

//

---

[1] The Court expresses no opinion herein as to the motion for appointment of guardians ad litem at Docket No. 45.

Accordingly, the petitions at Docket Nos. 42-44 are **DENIED** as unnecessary and **STRICKEN** for violating the Federal Rules of Civil Procedure and the Local Rules. To the extent the petitions were intended to serve as factual support for the motion, they shall be refiled as declarations. Counsel shall strictly comply with the redaction requirements for personal identifiers moving forward.

IT IS SO ORDERED.

DATED: January 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge