LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (CA SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LAW OFFICES OF PETER GOLDSTEIN
Peter Goldstein, Esq. (NV SBN 123111)
400 Corporate Pointe, Ste. 300
Culver City, California 90230
Tel: (310) 552-2050
Fax: (888) 400-8799

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| K.C., a minor, by and through her guardian *ad litem* Carolina Navarro; A.S., a minor, by and through her guardian *ad litem* Araceli Saenz*;* K.C., a minor, by and through her guardian *ad litem* Amber Neubert; JACQUELINE LAWRENCE; KEITH CHILDRESS, SR., in each case individually and as successor in interest to Keith Childress, Jr., deceased; and JACQUELINE LAWRENCE as administrator of the ESTATE OF KEITH CHILDRESS, JR., <br><br> Plaintiffs, <br><br>vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE; ROBERT BOHANON; BLAKE WALFORD; JAMES LEDOGAR; BRIAN MONTANA; and DOES 2-10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-03039-JCM-NJK <br><br> **JOINT STIPULATION TO FILE AMENDED PLEADING** |

**TO THE HONORABLE COURT:**

Plaintiffs K.C., a minor by and through her guardian ad litem Carolina Navarro, A.S., a minor by and through her guardian ad litem Araceli Saenz, K.C., a minor by and through her guardian ad litem Amber Neubert, Jacqueline Lawrence, Keith Childress Sr., and Jacqueline Lawrence as administrator of the Estate of Keith Childress Jr. (collectively "Plaintiffs"), by and through their attorney of record, and Defendants Las Vegas Metropolitan Police Department, Robert Bohanon, Blake Walford, and James Ledogar (collectively "Defendants LVMPD, et al."), by and through their attorney of record, hereby stipulates as follows:

1. Plaintiffs may file a Second Amended Complaint. The parties expressly stipulate that good cause exists for permitting the filing of the Second Amended Complaint because no party will be prejudiced and because it will facilitate the efficient progress of this litigation.

2. Plaintiffs seek to file a Second Amended Complaint replacing Jackie Lawrence with Frederick Waid as the administrator of the Estate of Keith Childress Jr., and naming the Department of Justice Marshals Service as a defendant.

3. The Second Amended Complaint, attached hereto, will serve as the operative complaint in the above-referenced litigation and will be deemed filed as of the date of the court's order approving this stipulation.

4. This stipulation will not affect the trial date or any other dates set by this Court.

IT IS SO STIPULATED.
//
//
//
//
//
//

-2-
JOINT STIPULATION TO FILE AMENDED PLEADING

| | | |
|---|---|---|
| DATED: April 9, 2018 | | LAW OFFICES OF DALE K. GALIPO<br>LAW OFFICE OF PETER GOLDSTEIN |

By: _____/s/ Dale K. Galipo_____
    Dale K. Galipo, Esq.
    Peter Goldstein, Esq.
    Attorneys for Plaintiffs

DATED: April 9, 2018        MARQUIS AURBACH COFFING

By _____/s/ Craig R. Anderson_____
    Craig R. Anderson, Esq.
    Attorney for Defendants LVMPD, Ofc.
    Bohanon, Ofc. Walford, and Ofc. Ledogar

**GRANTED**. Pursuant to Local Rule 15-1(b), the Second Amended Complaint shall be filed and served by Plaintiffs no later than April 16, 2018.

IT IS SO ORDERED.

DATED this __9th__ day of April, 2018

_____
UNITED STATES MAGISTRATE JUDGE