UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACQUELINE LAWRENCE, et al., | Case No. 2:16-CV-3039 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is defendants United States Justice Department and the United States Marshals Service's (collectively "federal defendants") motion for extension of time to file reply in support of their motion to dismiss (ECF No. 65). (ECF No. 67).

Federal defendants' motion requests a thirty (30) day extension to file a reply to plaintiff's response to federal defendants' motion to dismiss (ECF No. 66). (ECF No. 67). The current response deadline is set for July 3, 2018. *Id.* Federal defendants request that the court extend this deadline to August 2, 2018. *Id.*

Federal defendants request an extension in order to accommodate counsel for federal defendants who will be in trial the first week of July and has several depositions scheduled for the week of July 16, 2018. (ECF No. 67). Federal defendants assert that the requested extension is made in good faith and is not made for the purposes of delay. *Id.*

The court finds that federal defendants' motion demonstrates good cause to support granting an extension to reply in support of their motion to dismiss. An extension will further the judicial purpose of ensuring that the motion is decided on the merits. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010).

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED that federal defendants' motion for extension of time (ECF No. 67) be, and the same hereby is, GRANTED. The deadline to file a reply in support of their motion to dismiss (ECF No. 65) will be extended until August 2, 2018.

DATED June 29, 2018.

_____
UNITED STATES DISTRICT JUDGE