1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                                **DISTRICT OF NEVADA**

10

11   K.C., et al.,                                    Case No.: 2:16-cv-03039-JCM-NJK
             Plaintiff(s),
12                                                               **Order**
     v.
13
     LAS VEGAS METROPOLITAN POLICE
14   DEPARTMENT, et al.,

15          Defendant(s).

16          Pending before the Court is a joint motion to extend discovery deadlines, including most

17   urgently the expert disclosure deadline currently set for September 6, 2018.  Docket No. 70.[1]  The

18   Court hereby **SETS** a hearing on that motion for 3:00 p.m. on September 4, 2018, in Courtroom

19   3B.  Counsel for <u>all parties</u> shall appear at that hearing, including for the federal Defendants.[2]  The

20   Court will hear argument on the motion generally, but the parties should be prepared to address in

21   particular the discovery efforts involving the federal Defendants since their appearance nearly

22   three months ago.  *See* Docket No. 65; *see also Ministerio Roca Solida v. U.S. Dept. of Fish &*

23   *Wildlife*, 288 F.R.D. 500, 502 (D. Nev. 2013) ("The Federal Rules of Civil Procedure do not

24   provide for automatic or blanket stays of discovery when a potentially dispositive motion is

25

26          [1] The filing is fashioned as a "stipulation," but it was not signed by federal Defendants who
     have appeared in this case through the filing of a motion to dismiss.  Therefore, the Court treats
27   the request as a joint motion.  *See* Local Rule 7-1(c).

28          [2] The Court expresses no opinion herein as to the merits of the joint motion.

                                                      1

1  pending"); Docket No. 54 at 5 (the deadlines in the scheduling order apply to "later-appearing

2  parties, unless the Court, on motion and for good cause shown, orders otherwise").

3       IT IS SO ORDERED.

4       Dated: August 31, 2018

5

                       _____
6                         Nancy J. Koppe
                       United States Magistrate Judge