## INDEX OF EXHIBITS

A. Declaration of Deputy U.S. Marshal Brian Montana
    A-1  Warrant for arrest
    A-2  NCIC Report

B. Excerpts of Deposition of Deputy U.S. Marshal Brian Montana

C. Excerpts of Deposition of Roger Clark (Plaintiffs' law enforcement expert)

D. Excerpts of Deposition Scott DeFoe (Plaintiffs' law enforcement expert)

E. Excerpts of Deposition of former LVMPD Officer Robert Bohanon
    E-1  Timeline [also marked as Exhibit 5 to Bohanon Deposition]
    E-2  List of Officer Bohanon's verbal commands [also marked as Exhibit 6 to Bohanon Deposition]

F. Excerpts of Deposition of LMPD Officer Blake Walford

G. Excerpts of Deposition of Deputy U.S. Marshal Desiree Sida