LAW OFFICE OF PETER GOLDSTEIN
Peter Goldstein, Esq. (SBN 6992)
10785 West Twain Avenue, Suite 230
Las Vegas, Nevada 89135
Telephone:  (702) 474-6400
Facsimile:    (888) 400-8799

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:     (818) 347-3333
Facsimile:      (818) 347-4118

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE LAWRENCE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>Defendants. | Case No. 2:16-cv-03039-RFB-NJK<br><br>(Consolidated with Case No. 2:18-cv-02314-RFB-CWH)<br><br>**DECLARATION OF DALE K. GALIPO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS LVMPD, OFC. BOHANON, OFC. WALFORD, AND OFC. LEDOGAR'S MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF DALE K. GALIPO

I, Dale K. Galipo, hereby declare as follows:

1. I am an attorney licensed *pro hac vice* to practice law in the United States District Court for the District of Nevada. I am the attorney of record for Plaintiffs in this instant action. I make this declaration in support of Plaintiffs' Opposition to Defendants LVMPD, Ofc. Bohanon, Ofc. Walford, and Ofc. Ledogar's Motion for Summary Judgment. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the October 16, 2018 Deposition Transcript of Robert Bohanon.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the October 16, 2018 Deposition Transcript of Blake Walford.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the November 16, 2018 Deposition Transcript of Brian Montana.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the November 20, 2018 Deposition Transcript of Desiree Sida.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the October 16, 2018 Deposition Transcript of James Ledogar.

7. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the March 7, 2019 Deposition Transcript of Scott DeFoe.

8. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant portions of the March 8, 2019 Deposition Transcript of Roger Clark.

9. "**Exhibit 8**" is a true and correct copy of the video recording of the incident from Sergeant Robert Bohanon's bodyworn camera. Exhibit 8 is being filed manually.

10. "**Exhibit 9**" is a true and correct copy of the dispatch radio recording of the incident. Exhibit 9 is being filed manually.

11. Attached hereto as "**Exhibit 10**" is a true and correct copy of a photograph the Keith Childress, Jr.'s cell phone that was taken by the Las Vegas Metropolitan Police Department.

12. Attached hereto as "**Exhibit 11**" is a true and correct copy of the relevant portions of the April 18, 2019 Deposition Transcript of John J. Ryan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 26, 2019         LAW OFFICES OF DALE K. GALIPO
                             LAW OFFICE OF PETER GOLDSTEIN


                                  By_____/s/ Dale K. Galipo_____
                                     Dale K. Galipo, Esq.
                                     Peter Goldstein, Esq.
                                     Attorneys for Plaintiffs

**Index of Exhibits**

1. **Exhibit 1** - Relevant Portions of October 16, 2018 Deposition Transcript of Robert Bohanon
2. **Exhibit 2** - Relevant Portions of October 16, 2018 Deposition Transcript of Blake Walford
3. **Exhibit 3** - Relevant Portions of November 16, 2018 Deposition Transcript of Brian Montana
4. **Exhibit 4** - Relevant Portions of November 20, 2018 Deposition Transcript of Desiree Sida.
5. **Exhibit 5** - Relevant Portions of October 16, 2018 Deposition Transcript of James Ledogar
6. **Exhibit 6** - Relevant Portions of March 7, 2019 Deposition Transcript of Scott DeFoe
7. **Exhibit 7** - Relevant Portions of March 8, 2019 Deposition Transcript of Roger Clark
8. **Exhibit 8** - Video Recording of the Incident from Sergeant Robert Bohanon's Bodyworn Camera
9. **Exhibit 9** - Dispatch Radio Recording of the Incident
10. **Exhibit 10** - Photograph the Keith Childress, Jr.'s Cell Phone taken by the Las Vegas Metropolitan Police Department
11. **Exhibit 11** - Relevant Portions of April 18, 2019 Deposition Transcript of John J. Ryan