# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE LAWRENCE, et al.,<br><br>　　　　　　Plaintiffs-Appellants,<br>vs.<br><br>LAS VEGAS METROPLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　　Defendants-Appellees. | District No.  2:16-cv-03039-RFB-NJK,<br>　　　　　　　2:18-cv-02314-RFB-CWH<br><br>U.S.C.A. No.  20-15794 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Jun 24, 2020 issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this __19th__ day of __August__ ,2020.

_____
RICHARD F. BOULWARE, II
United States District Judge