**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| K.C., a minor, by and through her guardian ad litem Carolina Navarro, et al.,<br><br>                                    Plaintiffs,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                                    Defendants. | Case No. 2:16-cv-3039-APG-NJK<br><br>**ORDER SETTING STATUS CONFERENCE** |

Judge Boulware recused himself from this case and directed the parties to contact the newly assigned judge to obtain a new trial date. ECF No. 156.  I have been assigned to this case since January 16, 2024, yet no one has contacted my chambers about setting the trial date.

I will conduct a status conference on Tuesday, April 16, 2024 at 3:30 p.m. to pick the new trial date.  Prior to that conference, the parties are to confer with their witnesses and each other about availability for the trial between May 6, 2024 and the end of the year.  The parties should have as many available dates as possible.

Dated: April 8, 2024

_____
U.S. District Judge