**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants LVMPD, Ofc. Bohanon, Ofc. Walford and Ofc. Ledogar

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.C., a minor, by and through her guardian Carolina Navarro; et. al,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et. al,<br><br>Defendants. | Case Number:<br>2:16-cv-03039-APG-NJK<br><br>**STIPULATION REGARDING JUDGMENT** |

IT IS HEREBY STIPULATED by and between Defendants, through their attorneys of record, Marquis Aurbach, and Plaintiffs, through their attorneys of record, Law Offices of Dale K. Galipo and Law Office of Peter Goldstein, that:

1. A jury trial in this matter occurred from June 17 to June 24, 2024.

2. On June 24, 2024, the case was submitted to the Jury.

3. On June 26, 2024, after two days of deliberations, the Jury returned with its verdict.

4. According to the Jury's Verdict (ECF No. 193):

    a. The Jury found in favor of Defendants Robert Bohanon and Blake Walford on Plaintiffs' 42 U.S.C. §1983 excessive force and state law battery claims.

    b. The Jury found in favor of defendant James Ledogar on Plaintiffs' 42 U.S.C. §1983 excessive force claim, state law battery claim, and state law negligence claim.

   c. On the Plaintiffs' state law negligence claim, the Jury allocated fault amongst the parties for Keith Childress, Jr.'s injuries and/or death as follows:

| | |
|---|---|
| Sergeant Robert Bohanon | 15% |
| Officer Blake Walford | 10% |
| <u>Keith Childress, Jr.</u> | <u>75%</u> |
| **Total** | **100%** |

5. Based on its negligence finding, the Jury awarded each of the three minor children (Khylee, Atalaya, and Keilani) $50,000 for their grief or sorrow.

6. NRS 41.141 is Nevada's comparative fault statute. It states a "plaintiff may not recover if the plaintiff's comparative negligence or that of the plaintiff's decedent is greater than the negligence of the defendant or the combined negligence of multiple defendants." *See* NRS 41.141(2)(a).

7. Based on NRS 41.141, the Parties stipulate and agree the Court must reduce Khylee, Atalay, and Keilani's individual awards in the amount of $50,000 to $0 and judgment be entered accordingly.

IT IS SO STIPULATED this 31st day of July, 2024.

| MARQUIS AURBACH | LAW OFFICES OF PETER GOLDSTEIN |
|---|---|
| By: *s/Craig R. Anderson*<br> Craig R. Anderson, Esq.<br> Nevada Bar No. 6882<br> 10001 Park Run Drive<br> Las Vegas, Nevada 89145<br> Attorney for LVMPD Defendants | By: *s/Peter Goldstein*<br> Peter Goldstein, Esq.<br> Nevada Bar No. 6992<br> 10161 Park Run Drive, Ste. 150<br> Las Vegas, Nevada 89145<br> Attorney for Plaintiffs |

LAW OFFICES OF DALE K. GALIPO

By: *s/Dale K. Galipo*
 Dale K. Galipo, Esq. (SBN 144074)
 21800 Burbank Blvd., Ste. 310
 Woodland Hills, California 91367
 Attorney for Plaintiffs

IT IS SO ORDERED:

Dated: July 31, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-037 5558120_2 7/31/2024 2:09 PM